UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAHESH KOLLI, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 3:14cv01755 WWE |
| : | |
| ROBERT A. PACELLI, JR.; COUNTY : | |
| MANAGEMENT SERVICES, LLC; AND : | |
| COUNTRY WALK CONDOMINIUM : | |
| ASSOCIATION, INC. : | |
| Defendants. : | |
| : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF                                   THE DEFENDANT

By:_____/s/_____        By_____/s/_____
   Joanne S. Faulkner                              Sabato P. Fiano
   Law Offices of Joanne Faulkner            Zeldes, Needle & Cooper, P.C.
   123 Avon St.                                       1000 Lafayette Blvd., Suite 500
   New Haven, CT 06511-2422                 Bridgeport, CT 06604
   203-772-0395                                      Tel: 203-333-9441
   Email: faulknerlawoffice@snet.net        Fax: 203-333-1489
                                                              Email: sfiano@znclaw.com

His Attorney                                        Its Attorney


Date: _____
So ordered:

_____
U.S.D.J.